J. W. ADDERLY, *Plaintiff in Error,* vs. STATE OF FLORIDA,
*Defendant in Error.*
145 So. 191.
Decision filed December 20, 1932.

*George M. O'Kell* and *Roger Edward Davis,* Attorneys
for Plaintiff in Error;

*Cary D. Landis,* Attorney General, for the State.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be and the
same is hereby affirmed.

BUFORD, C.J. AND WHITFIELD, ELLIS, TERRELL AND DAVIS,
J.J., concur.

BROWN, J., dissents.